FREDERICK WILLIAM BERLIN, Respondent, v. META KOCH BERLIN, Appellant.— Order denying motion for alimony and for a reasonable sum for disbursements and directing the payment of seventy-five dollars as counsel fee affirmed, without costs. No opinion. Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ., concur.

LILLIAN A. BRILL, Appellant, v. AMERICAN SURETY COMPANY, Respondent.— Order of Appellate Term affirming judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ.

NATALE CERNIGLIA, Respondent, v. PALATINE ANILINE AND CHEMICAL CORPORATION, Appellant.— Judgment and order reversed upon the law and a new trial granted, costs to appellant to abide the event, for error in the court's charge at folio 425. Lazansky, P. J., Young and Tompkins, JJ., concur; Kapper and Scudder, JJ., dissent and vote to affirm.

JACK ISRAELSON, Appellant, v. MAURICE GERSING, Respondent.— Order denying plaintiff's motion for examination of the defendant before trial reversed upon the law and the facts, with ten dollars costs and disbursements, and the motion granted, without costs; examination to proceed on five days' notice at Kings County Special Term, Part 2. The plaintiff was entitled to the examination sought by way of proving the allegations of his complaint. Any delay in seeking this examination has not operated to the disadvantage of the defendant. The lapse of time between the commencement of this action and the seeking of the examination affords no bar to its being had. Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ., concur.

FRANCIS W. KELLY and EDWARD F. KELLY, Both Doing Business under the Style and Name of EDWARD F. KELLY, Respondents, v. LOUIS LEAVITT, Appellant.* — Judgment and orders unanimously affirmed, with costs. No opinion. Present — Young, Kapper, Hagarty, Scudder and Tompkins, JJ.

LLOYDS HOLDING CORPORATION, Appellant, v. JANE DAVID HOLDING CORPORATION, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.